# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Corporate Commission of the Mille Lacs Band of Ojibwe Indians, | Civil No. 12-1015 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Money Centers of America, Inc., MCA of Wisconsin, Inc. | |
| Defendants. | |

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  April 27, 2012

> s/Richard H. Kyle
> RICHARD H. KYLE
> United States District Judge